**Order entered December 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01058-CV

**LINDA SPROWL, Appellant**

**V.**

**MERCEDES P. STILES AND SAFECO INC., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-03714**

## ORDER

By order dated November 15, 2018, we granted appellant an extension until November 30 to file her amended brief and instructed her to file it either in person or by mail because she was having difficulty with the e-filing system. Before the Court is appellant's December 3, 2018 second motion requesting additional time to file her amended brief. Appellant informs the Court that she needs additional time because the "E-Filing system continues to be down." We **GRANT** her motion and **ORDER** appellant to file, by **December 14, 2018**, her amended brief **in paper either in person or by mail**. We caution appellant that further requests for extension will be disfavored.

/s/    ADA BROWN
JUSTICE